**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHAWN HILL,** | NO. CV 05-3861-JVS(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| **M.S. EVANS, Warden,** | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: August 31, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE